JOSHUA D. HURWIT, ID STATE BAR NO. 9527
UNITED STATES ATTORNEY
**ROBERT B. FIRPO, CALIFORNIA STATE BAR NO. 243991**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, ID 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375
Email: Robert.Firpo@usdoj.gov

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIMBER ROBERTS, BROOKS ROBERTS, and JUDY ROBERTS, <br><br> Defendants. | Case No. _____ <br><br> **INFORMATION** |

The United States Attorney charges:

### COUNT ONE

**CAMPING ON BLM PUBLIC LANDS FOR LONGER THAN ALLOWED**
**43 C.F.R. § 8365.1-2(a)**

On or about June 3, 2022, and continuing to approximately October 20, 2022, in the

District of Idaho, the defendant(s), BROOKS ROBERTS and TIMBER ROBERTS, violated 43

1

C.F.R. § 8365.1-2(a), by camping on Bureau of Land Management (BLM) public lands for longer than the period of time permitted by the BLM authorized officer and without permission to remain longer than 14 days. *See* 57 Fed. Reg. 26666-67 (1992) (where the BLM authorized officer set a 14-day camping limit).

## COUNT TWO

### IMPROPERLY DISPOSING OF GARBAGE ON BLM PUBLIC LANDS
### 43 C.F.R. § 8365.1-1(b)(1)

On or about October 22, 2022, in the District of Idaho, the defendant(s) BROOKS ROBERTS and TIMBER ROBERTS, violated 43 C.F.R. § 8365.1-1(b)(1) by leaving garbage on BLM public lands in a place not designated for the disposal of garbage.

## COUNT THREE

### LEAVING PROPERTY ON BLM PUBLIC LANDS AFTER BEING ORDERED TO REMOVE IT
### 43 C.F.R. § 2932.57(a)(7)

On or about October 22, 2022, in the District of Idaho, the defendant(s) BROOKS ROBERTS and TIMBER ROBERTS, violated 43 C.F.R. § 2932.57(a)(7), by refusing to leave or disperse from BLM public lands after being directed to do so by a BLM law enforcement officer.

## COUNT FOUR

### CAMPING ON FOREST SERVICE LANDS FOR A PERIOD LONGER THAN ALLOWED
### 36 C.F.R. § 261.58(a)

On or about November 17, 2022, and continuing to PRESENT, in the District of Idaho, the defendant(s) BROOKS ROBERTS, TIMBER ROBERTS, and JUDY ROBERTS, violated 36 C.F.R. § 261.58(a), by camping on Payette National Forest lands for a period of time longer than allowed by order of the Forest Service, and without any applicable exception. *See* Forest

Service Order #0412-569 (2022) (where the Forest Service authorized officer issued an order setting a 14-day camping limit).

## COUNT FIVE

### USING FOREST SERVICE LANDS FOR RESIDENTIAL PURPOSES
### 36 C.F.R. § 261.10(b)

On or about November 17, 2022, and continuing to PRESENT, in the District of Idaho, the defendant(s) BROOKS ROBERTS, TIMBER ROBERTS, and JUDY ROBERTS, violated 36 C.F.R. § 261.10(b) by maintaining, occupying and/or using a residence on Payette National Forest lands without a special-use authorization or approved operating plan.

## COUNT SIX

### OCCUPYING A DEVELOPED RECREATION SITE FOR OTHER THAN RECREATION PURPOSES
### 36 C.F.R. § 261.16(a)

On or about November 17, 2022, and continuing to present, in the District of Idaho, the defendant(s) BROOKS ROBERTS, TIMBER ROBERTS, and JUDY ROBERTS, violated 36 C.F.R. § 261.16(a) by occupying a portion of the West Face Trailhead, a developed recreation site managed by the U.S. Forest Service and located on the Payette National Forest, for other than recreation purposes.

## COUNT SEVEN

### THREATENING, INTIMIDATING AND/OR INTERFERING WITH A FOREST OFFICER
### 36 C.F.R. 261.3(a)

On or about November 17, 2022, and/or December 23, 2022, in the District of Idaho, defendant TIMBER ROBERTS violated 36 C.F.R. § 261.3(a) when he threatened, intimidated,

and/or interfered with forest officers on account of the officers' performance of their official duties and/or while the officers were engaged in the performance of those duties.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:


 /s/ Robert B. Firpo
ROBERT B. FIRPO
Assistant United States Attorney