**<u>CRIMINAL PROCEEDINGS</u> - Arraignment/Plea Agreement hearing**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| Judge: Debora K. Grasham | Date: August 10, 2023 |
| Courtroom Deputy/ESR: Stuart Kaylor | Time: 2:30pm-3:12pm |
| | Location: Boise, ID |

**UNITED STATES OF AMERICA vs.** Timber Roberts
**Case No.:** 1:23-cr-0053-DKG-1 and 1:23-mj-00108-DKG-1

Counsel for United States: AUSA Christopher Booker and Robert Firpo
Counsel for Defendant: Mark DeAngelo, FD

☒ Court summarized the amended information and the plea agreement; counsel concurred with summary.
☒ Defendant placed under oath.
☒ Waiver of Right to District Judge executed.
☒ Defendant found competent to enter a knowing and voluntary plea.
☒ Defendant is satisfied with representation of counsel.
☒ Defendant's Constitutional Rights explained.
☒ Defendant advised of maximum penalties.
☒ Defendant advised of the sentencing guidelines.
☒ Government stated for the record the elements and evidence of the charge(s).
☒ Defendant agrees with the elements of the charge(s) as stated by the Government.
☒ Defendant advised of the sentencing guidelines. Plea Agreement discussed and Defendant understands the terms of the agreement.
☒ Defendant and counsel advised the change of plea is voluntary, all potential defenses have been discussed and Defendant fully understand the rights which are being waived.
☒ Defendant entered a plea of guilty to Count(s) 1,7, and 8 of the amended information for case 1:23-cr-53-DKG-1.
Defendant entered a plea of guilty to Count 2 of the complaint for case 1:23-mj-108-DKG-1
☒ Plea accepted by the Court.
**Sentencing set before Judge Debora K. Grasham, October 30, 2023 at 1:30 PM**
Court ordered a presentence investigation report.
    Original report to Counsel: September 18, 2023
    Notification of Objections: October 2, 2023
    Final Report Due: October 16, 2023

<u>Any motions for departure, sentencing memorandums or letters in support must be filed seven (7) days prior to the sentencing hearing. Sentencing hearing is scheduled for 1 hour.</u>